UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAROUK SYSTEMS, INC., <br> *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-07-3385 |
| KARA-LYN REZA, *et al.*, <br> *Defendants*. | § § § | |

**FINAL JUDGMENT**

In accordance with the court's default judgment issued this date, judgment is granted in favor of plaintiff against defendants. Therefore, it is ORDERED:

1. That plaintiff recover statutory damages from the defendants pursuant to 15 U.S.C. 1117(c)(2) in the amount of $50,000.

2. That plaintiff recover additional damages from the defendants pursuant to 15 U.S.C. 1117(b) in the amount of $50,000 because of the willful nature of the defendants' infringement.

3. That plaintiff recover attorneys' fees and costs from the defendants in the amount of $8,504.48.

4. That defendants be permanently enjoined from infringing or otherwise violating FSI's Mark.

5. That costs are assessed against the defendants.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on October 27, 2008.

_____
Gray H. Miller
United States District Judge